IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>    Plaintiff    )<br>              )<br>              )    CIVIL ACTION NO. JFM-02-2981<br>              )<br>ONE 1997 MERCEDES BENZ E320,  )<br>VIN #WDBJF55F3VA403016, and  )<br>$10,219.00 U.S. CURRENCY,     )<br>    Defendants.    ) | |

### GOVERNMENT'S MOTION TO COMPEL

Now comes the United States of America, (hereafter "Plaintiff") and through undersigned counsel, and moves to further compel from the defendant, answers to Interrogatories, a response to the Request for Production of Documents, and the documents responsive to the request.

In support whereof, Plaintiff states:

1. This case began with the filing of the Plaintiff's complaint on or about September 6, 2002.

2. On or about November 12, 2002, Plaintiff propounded Interrogatories and Request for Production of Documents.

3. On or about December 11, 2002, defendant responded to Plaintiff's Interrogatories and Request for Production of Documents.

4. On or about January 31, 2003, the government propounded a Draft Motion to Compel requesting a response no later than February 15, 2003. To this date, the government has not received

1

a response.

5. The responses to the following Interrogatories and Request for Production of Documents are incomplete as follows:

**INTERROGATORY NO. 3:** State the name and address of each employer with whom you have worked from 1993 to the present and indicate for each such employer the inclusive dates of your employment, the reason for terminating your employment, the nature of the work at each assignment and the monthly salary you received. If unemployed or self-employed since 1993, identify each such period.

**ANSWER:** Signet Bank (later First Union Bank) 1995-1998, resigned employment for personal reasons; nature of work - data entry processing; approximately $1,600.00 per month. Temporary agencies thereafter, and full-time job at Craftmatic Adjustable Bed Company. Columbia, Maryland; Customer Service Representative; approximately $1,600.00 per month; 1998-1999. Company moved. Morgan State College - Thompson Hospitality; Catering Coordinator; approximately $1,800.00-$2,000.00 per month. Since then Able Temporary - temporary positions. SES Staffing and Sparks Personnel- Clerical; temporary positions.

**BASIS OF OBJECTION:** The interrogatory calls for the monthly salary received for each employment. The claimant has not stated any temporary assignments received, including the dates and salary

of each assignment.

---

**INTERROGATORY NO. 4:** If you have ever been a party to a civil lawsuit, state whether you were the plaintiff or the defendant, the nature of the plaintiff's claim, the date of commencement of the action, the name of the court in which the action was filed and the court number assigned to the action, if known, the names of all parties and whether each was plaintiff or defendant, the final disposition of the action, including the amount of any settlement or judgment.

**ANSWER:** Ms. Newman had a claim which she does not recall whether or not suit was ever filed arising out of a personal injury accident to her son in 1998. The case was settled.

**BASIS OF OBJECTION:** The interrogatory calls for the nature of the plaintiff's claim, the date of commencement of the action, the parties involved and the amount of any settlement or judgement.

---

**INTERROGATORY NO. 7:** State in detail how you obtained possession of the defendant property, including, but not limited to, the person(s) from whom you received it, the date of receipt, the place of the receipt, and a detailed description of the transaction which generated the defendant property.

**ANSWER:** The automobile was purchased at Auto Gallery in Leesburg, Virginia in July 2001. The currency was saved by Ms.

3

Newman from proceeds from the aforementioned automobile accident case, and from rental income from a room in her home.

**BASIS OF OBJECTION**: The interrogatory calls for a detailed description of the transaction. The claimant has not stated how much she paid for the vehicle, whether the vehicle was financed or paid for by cash, check, etc.

------------------------------------------------------------------

**INTERROGATORY NO. 9:** State the amount of your personal gross income and the source(s) of such income for each year since 1993.

**ANSWER:** Ms. Newman will attempt to provide this information, but following the search and seizure at her premises, her documents were seized so she does not have access to same.

**BASIS OF OBJECTION**: In her answer to Interrogatory No. 7, the claimant states she used proceeds from rental income from a room in her home to purchase the defendant property. The claimant should be able to state whom the room is rented to, the date she began renting the room, the length of time the room has been rented and the monthly rent she receives.

**INTERROGATORY NO. 10:** State whether you have ever been convicted of a crime, giving the date of conviction, nature of the offense, and city and state of conviction

**ANSWER:** Ms. Newman objects to this interrogatory and refuses to answer same as beyond the scope of discovery.

**BASIS OF OBJECTION**: The claimant failed to answer the

4

interrogatory.

-------------------------------------------------------------------

**INTERROGATORY NO. 20**: List all telephone numbers, including area codes, you have maintained at a residence or business or for a beeper/pager from the year 1993 through the present date.

**ANSWER**: 443-415-8362.

**BASIS OF OBJECTION**: The interrogatory calls for all telephone numbers maintained at a residence or business from 1993 through the present date. The claimant's answer is incomplete.

-------------------------------------------------------------------

5. The defendant has failed to respond in any way to the requests for the following documents:

**REQUEST NO 1**: All records and documents reflecting, stating, or relating, in whole or in part, to the acquisition of the defendant property.

**REQUEST NO 3**: All records and documents reflecting, stating, or relating, in whole or inpart, to any insurance, registration, and purchase of the defendant vehicle.

WHEREFORE, the Plaintiff requests that this Court grant its motion to compel the complete response to its Interrogatories and Request for Production of Documents.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

Date: 3/24/03

By: *[signature]*
Jacabed Rodriguez-Coss
Assistant United States Attorney
6825 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
Telephone 410-209-4800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24th, 2003, a copy of the foregoing Motion was mailed, postage prepaid, to Jeffrey N. Pritzker, Esquire, Margolis, Pritzker & Epstein, P.A., 405 E. Joppa Road, Suite 100, Towson, Maryland 21286.

*[signature]*
Jacabed Rodriguez-Coss
Assistant United States Attorney

6