

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

| | | |
|---|---|---|
| *Thomas M. DiBiagio*<br>*United States Attorney*<br><br>*LaTonia Kelly*<br>*Paralegal Specialist*<br>*Asset Forfeiture Unit* | *6625 United States Courthouse*<br>*101 West Lombard Street*<br>*Baltimore, Maryland 21201-2692* | *410-209-4800*<br>*TTY/TDD:410-962-4462*<br>*410-209-4897*<br>*FAX 410-962-3091*<br>*LaTonia.Kelly@usdoj.gov* |

April 24, 2003

Honorable J. Frederick Motz
United States District Judge
340 United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

       Re: United States v. One 1997 Mercedes Benz
          <u>Civil No. JFM-02-2981</u>

Dear Judge Motz:

    This is to provide a further status regarding the above-referenced matter and a response to the scheduling order.

    The government filed a Motion to Compel with the Court on or about March 24, 2003. On or about April 9, 2003, the government obtained documents in an attempt to complete discovery. Since that time, the government and the claimant's attorney have tentatively agreed to enter into settlement negotiations.

    The government will provide a further status no later than May 15, 2003.

    Thank you for your continued patience in this matter.

                                  Very truly yours,

                                  Thomas M. DiBiagio
                                  United States Attorney

                                  ____/s/_____
                                  LaTonia Kelly
                                  Paralegal Specialist

cc: AUSA Jacabed Rodriguez-Coss