**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Thomas M. DiBiagio*  
*United States Attorney*

*LaTonia Kelly*  
*Paralegal Specialist*  
*Asset Forfeiture Unit*

*6625 United States Courthouse*  
*101 West Lombard Street*  
*Baltimore, Maryland 21201-2692*

*410-209-4800*  
*TTY/TDD:410-962-4462*  
*410-209-4897*  
*FAX 410-962-3091*  
*LaTonia.Kelly@usdoj.gov*

May 21, 2003

Honorable J. Frederick Motz  
United States District Judge  
340 United States Courthouse  
101 W. Lombard Street  
Baltimore, Maryland 21201

> Re: United States v. One 1997 Mercedes Benz  
>     Civil No. JFM-02-2981

Dear Judge Motz:

This is to provide a further status regarding the above-referenced matter.

As stated in the status letter on April 24, 2003, the government obtained documents in an attempt to complete discovery. The government has reviewed those documents and provided a copy to the claimant's attorney. Once the claimant's attorney has reviewed the documents, the government intends to forward a proposed settlement.

The government will provide a further status no later than June 15, 2003.

Thank you for your continued patience in this matter.

Very truly yours,

Thomas M. DiBiagio  
United States Attorney

____/s/_____  
LaTonia Kelly  
Paralegal Specialist

cc: AUSA Jacabed Rodriguez-Coss