**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

| | | |
|---|---|---|
| *Thomas M. DiBiagio*<br>*United States Attorney*<br><br>*LaTonia Kelly*<br>*Paralegal Specialist*<br>*Asset Forfeiture Unit* | *6625 United States Courthouse*<br>*101 West Lombard Street*<br>*Baltimore, Maryland 21201-2692* | *410-209-4800*<br>*TTY/TDD:410-962-4462*<br>*410-209-4897*<br>*FAX 410-962-3091*<br>*LaTonia.Kelly@usdoj.gov* |

July 15, 2003

Honorable J. Frederick Motz
United States District Judge
340 United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

       Re: United States v. One 1997 Mercedes Benz
       <u>Civil No. JFM-02-2981</u>

Dear Judge Motz:

    This is to provide a further status regarding the above-referenced matter.

    As stated in the status letter on May 21, 2003, the government obtained documents in an attempt to complete discovery in the above-referenced matter. On or about June 27, 2003, the government forwarded a proposed Settlement Agreement to the claimant. The government received the signed settlement agreement on July 14, 2003. The government will file a Motion for Final Order of Forfeiture no later than July 21, 2003.

    Thank you for your continued patience in this matter.

                                Very truly yours,

                                Thomas M. DiBiagio
                                United States Attorney

                                _____/s/_____
                                LaTonia Kelly
                                Paralegal Specialist

cc: AUSA Jacabed Rodriguez-Coss