

**THE BALTIMORE SUN**
BALTIMORE, MARYLAND 21278-0001



RECEIVED
U.S. MARSHAL
BALTIMORE, MD

2002 SEP 27 A 9:09

September 26  20 _0 2_

WE HEREBY CERTIFY that the annexed advertisement of

AD NO.: 54896
US DEPT OF JUSTICE
US MARSHAL JOHNNY L HUGHES
101 W LOMBARD ST #6115
BALTIMORE        MD  21201

was published in "THE BALTIMORE SUN" a daily newspaper printed

and published in the City of Baltimore ..... 9/25/02

The Baltimore Sun Company,

By ...........

7331

---

**NOTICE OF SEIZURE**

NOTICE IS HEREBY GIVEN that by virtue of Warrant for Arrest in Rem, issued by the U.S. District Court for the District of Maryland, in an action entitled One 1997 Mercedes Benz E320, VIN #WDBJF55F3VA304016, and $10,219.00 U.S. CURRENCY, United States Marshal Service for the District of Maryland, arrested on September 17, 2002, said property described under Civil Docket No. JFM-02-CV-2981 and filed with the Clerk of the Court for the District of Maryland for violation of 21 U.S.C. § 841, and which action request that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Supplemental Rule C(6) of the Central Admiralty and Maritime Rules, Federal Rules of Civil Procedure, and within 30 days after publication must file a claim with the Clerk of the Court, U.S. District Court for the District of Maryland and make service upon the attorney for the plaintiff, and must serve their answers within 20 days after the filing of their claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Jacabed Rodriguz-Coss, Assistant United States Attorney, U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201, attorney for plaintiff.
JOHNNY L. HUGHES,
U.S. Marshal
101 W. Lombard Street,
Room 6115
Baltimore, Maryland 21201
410-962-2242

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

...ooOoo...

DECLARATION REGARDING CIRCULATION

I, Jennifer Helphenstine, certify that I am the Call Center Manager for The Baltimore Sun newspaper, that I am familiar with the circulation information pertaining to The Baltimore Sun, and that The Baltimore Sun is a newspaper of general circulation in every county in the state of Maryland. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/6/01
Date

Jennifer Helphenstine

# The AFRO
## American Newspapers

*Baltimore Afro-American*   *Washington Afro-American*   *Every Wednesday*

Afro-American Newspaper
Executive Offices
P.O. Box 1857
2519 North Charles Street
Baltimore, Maryland 21218

STATE OF MARYLAND
COUNTY OF BALTIMORE

Before me, A Notary Public, in and for said city and state, September 30, 2002, Marquise Goodwin

Personally known to me, who being duly sworn, states as follows:

That Marquise Goodwin is an employee of "The Afro-American Newspapers" and that said Publication(s) in the issue of 9/28/02 carried the attached advertisement of

Company:

683 U.S. Courthouse Department Of Justice, U.S. Marshal's
Johnny Hughes
101 W. Lombard Street
Baltimore, MD 21201

_____
Signature (Marquise Goodwin)

_____
Notary Public

---

**LEGAL NOTICE**
**NOTICE OF SEIZURE**

NOTICE IS HEREBY GIVEN that by virtue of Warrant for Arrest in Rem, issued by the U.S. District Court for the District of Maryland, in an action entitled **One 1997 Mercedes Benz E320, VIN #WDBJF55F3VA304016, and $10,219.00 U.S. CURRENCY,** United States Marshal Service for the District of Maryland, arrested on **September 17, 2002**, said property described under Civil **Docket No. JFM-02-CV-2961** and filed with the Clerk of the Court for the District of Maryland for violation of 21 U.S.C. § 841, and which action request that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Supplemental Rule C(6) of the Certain Admiralty and Maritime Rules, Federal Rules of Civil Procedure, and within 30 days after publication must file a claim with the Clerk of the Court, U.S. District Court for the District of Maryland and must serve their answers within 20 days after the filing of their claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Jacabed Rodriguz-Coss, Assistant United States Attorney, U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201, attorney for plaintiff.

Johnny L. Hughes, U.S. Marshal
101 W. Lombard Street, Room 6115
Baltimore, Maryland 21201
410-962-2242