IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL ACTION NO. JFM-02-2981 |
| | * |
| ONE 1997 MERCEDES BENZ E320, | * |
| VIN# WDBJF55F3VA403016, | * |
| and | * |
| $10,219.00 U.S. CURRENCY, | * |
| Defendants. | * |

* * * * * * *

FINAL ORDER OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this _____ day of July 2003 that

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired, and no claim has been filed;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C section 2465;

4. $10,219 of the defendant property shall be released to the claimant, in accordance with the Settlement Agreement attached to the government's motion  The remaining defendant property is condemned and all rights title, and interest of Tonyetta Newman, and any and all other persons is HEREBY FORFEITED to the United States of America

5  The United States Marshals Service shall dispose of the defendant property in accordance with law and in accordance with the agreement annexed to the government's motion

6. The clerk of the court shall provide copies of this order to counsel of record.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JUL 18  A 11: 36

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

_____
J. Frederick Motz
United States District Judge